Justin Fok, Esq., CA Bar: 242272
Law Offices of Jean D. Chen
2107 N. First Street, Suite 400
San Jose, CA 95131
Telephone: (408) 437-1788
Facsimile: (408) 437-9788
Email: jfok@jclawoffice.com

Attorney for Plaintiff
Mehul Shah

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### COMPLAINT

Mehul Shah,

              Plaintiff,

    v.

Michael Chertoff, Secretary of the
Department of Homeland Security;
Emilio T. Gonzalez, Director of United States
Citizenship and Immigration Services,

              Defendants.

Case No.

C07    05499    MHP

**PLAINTIFF'S ORIGINAL COMPLAINT FOR WRIT IN THE NATURE OF MANDAMUS & DECLARATORY JUDGMENT UNDER 28 U.S.C. § 1361**

**Immigration Case**

      Plaintiff, Mehul Shah, by and through his attorney of record, opens this lawsuit against the Defendants and will show this Court the following:

1.    Plaintiff, Mehul Shah, brings this case to compel action on the delayed processing of his I-485, *Application to Register Permanent Residence or Adjust Status*. This application remains within the jurisdiction of the Defendants who have improperly delayed and withheld action on this application to Plaintiff's detriment.

### PARTIES

2.    Plaintiff, Mehul Shah, a resident of Fremont, CA, is the primary applicant of an I-485,

Case No.
Complaint

1

1    *Application to Register Permanent Residence or Adjust Status* ("I-485"), filed with the United

2    States Citizenship and Immigration Services ("USCIS").

3    3.      Defendant, Michael Chertoff, is the Secretary of the Department of Homeland Security

4    ("DHS"), and this action is brought against him in his official capacity.  Defendant Chertoff is

5    generally charged with enforcement of the Immigration and Nationality Act and its related

6    regulations, which provide for the processing of adjustment of status applications.

7    4.      Defendant, Emilio T. Gonzalez, is the Director of USCIS, and this action is brought

8    against him in his official capacity.  USCIS is an agency within the DHS to which DHS'

9    authority has, in part, been delegated. Defendant Gonzalez is generally charged with the overall

10   administration of immigration benefits and services, including adjustment of status.

11                                          **JURISDICTION**

12   5.      Jurisdiction in this case is proper under 28 U.S.C. §§ 1331 and 1361, 5 U.S.C. §§ 551, *et*

13   *seq.* and 701, *et seq.*, and 28 U.S.C. § 2201 *et seq.*  Relief is requested pursuant to said statutes.

14   Additionally, attorney fees and costs will be sought pursuant to the Equal Access to Justice Act,

15   28 U.S.C. § 2412(d) and 5 U.S.C. § 504 *et seq.*

16                                              **VENUE**

17   6.      Venue is proper in this honorable Court, pursuant to 28 U.S.C. §1391(e), in that Plaintiff

18   may request a hearing on the matter in the district where Plaintiff resides.

19                              **INTRADISTRICT ASSIGNMENT**

20   7.      This lawsuit should be assigned to the San Francisco or Oakland Division of this court

21   because a substantial part of the event or omission which give rise to this lawsuit occurred in

22   Alameda County.

23                             **EXHAUSTION OF REMEDIES**

24   8.      Plaintiff has exhausted his administrative remedies. Plaintiff has supplied the USCIS with

25   documents that clearly establish his eligibility to register as a permanent resident, and as will be

26   demonstrated by the evidence, has followed up with numerous inquiries and requests to the

27   pertinent administrative agencies attempting to expedite his delayed application.

28

**CAUSE OF ACTION**

9.    Plaintiff ("Mr. Shah") properly filed an I-485, *Application to Register Permanent Residence or Adjust Status,* based on an I-130, *Petition for Alien Relative*, with the USCIS on April 4, 2005. **(EXHIBIT 1)**

10.    On April 28, 2005 Plaintiff appeared at the USCIS San Jose Application Support Center to submit his fingerprints. **(EXHIBIT 2)**

11.    On August 9, 2005 Plaintiff appeared for his I-485 interview and was informed that his case had been continued due to the pending security check.[1] **(EXHIBIT 3)**

12.    On August 17, 2005 Plaintiff made a Freedom of Information and Privacy Act ("FOIPA") request.  Plaintiff received a response on September 28, 2005 indicating that there were no records responsive to the FOIPA request. **(EXHIBIT 4)**

13.    On March 14, 2006 Plaintiff inquired with the USCIS San Francisco Office as to the status of his case.  In a response dated March 14, 2006, Plaintiff was informed that the processing of his case had been delayed due to the pending security check. **(EXHIBIT 5)**

14.    On July 27, 2006 Plaintiff inquired with the FBI as to the status of his FBI name check. Plaintiff has yet to receive a response. **(EXHIBIT 6)**

15.    On July 28, 2006 Plaintiff again inquired with the USCIS San Francisco Office as to the status of his case.  In a response dated August 3, 2006 Plaintiff was informed that his case was still pending due to the security check remaining open. **(EXHIBIT 7)**

16.    On September 7, 2006 Plaintiff contacted Senator Dianne Feinstein requesting assistance with his stalled I-485 application.  In a response dated April 20, 2007, Morgan Galli, Constituent Services Representative, informed Plaintiff that his application had been pending since April 22, 2005 due to the FBI name check. **(EXHIBIT 8)**

17.    On February 5, 2007 Plaintiff appeared for an Infopass appointment at the San Francisco Office where he was informed that his application was still pending due to the FBI Name Check. **(EXHIBIT 9)**

---

[1] Once interviewed jurisdiction for this case was transferred to the San Francisco Office. *See* 8 C.F.R. §1245(l)

Case No.                                              3
Complaint

18.    Plaintiff contacted Senator Barbara Boxer requesting her assistance with his stalled I-485 application. On June 8, 2007 Plaintiff received a response from Senator Boxer indicating that his name check was still in process. (**EXHIBIT 10**)

19.    Plaintiff contacted Congressman Pete Stark requesting assistance with his stalled I-485 application. On June 12, 2007 Plaintiff received a response indicating that Plaintiff's case was still pending due to the FBI background check. (**EXHIBIT 11**)

20.    On June 24, 2007 Plaintiff wrote to the USCIS Ombudsman, requesting assistance with his stalled I-485 application. On July 26, 2007 Plaintiff received a response indicating that the CIS Ombudsman's Office had submitted a formal inquiry with USCIS as to the status of his case. On October 2, 2007 Plaintiff received a response from the USCIS Customer Assistance Office indicating that his application was still pending due to the background investigation remaining open. (**EXHIBIT 12**)

21.    On September 21, 2007 Plaintiff submitted an inquiry to the USCIS San Francisco Office as to the status of his case. On September 25, 2007 Plaintiff received a response indicating that his case was still pending due to the FBI background check. (**EXHIBIT 13**)

22.    On July 1, 2007 Plaintiff contacted First Lady Laura Bush requesting assistance with his stalled I-485 application. He has not yet received a response. (**EXHIBIT 14**)

23.    On October 10, 2007 Plaintiff completed a Case Status Search and was informed that the processing of his case was still open. (**EXHIBIT 15**)

24.    Although the role of Defendants is pivotal to the security of the United States of America, the Defendants' actions have gone well beyond the expected 6 months processing time for the adjudication of an I-485 Application (See San Francisco Office processing dates for I-485 cases posted October 15, 2007. (**EXHIBIT 16**)

25.    Defendants have failed to adhere to their own processing times and procedures and have delayed the processing of Plaintiff's I-485 case.

26.    Plaintiff has submitted sufficient information for the USCIS to complete adjudication of his I-485 application.

27.    The Defendants have contracted out the name check for Plaintiff's case to the Federal

1 | Bureau of Investigation.

2 | 28.    But for the pending name check, Plaintiff would receive approval for his I-485

3 | application.

4 | 29.    Plaintiff has been greatly damaged by the failure of Defendants to act in accordance with

5 | their duties under the law.  Specifically:

6 |        (a) Plaintiff has been unable to obtain legal permanent residence and thus cannot

7 |            travel or work without restriction.  He must spend additional time and pay

8 |            additional filing fees each year in order to work and travel legally.

9 |        (b) Plaintiff is unable to accrue time to be eligible for naturalization as a citizen of

10 |           the United States, thus delaying his obtainment of the rights and privileges

11 |           enjoyed by citizens of the United States.

12 |        (c) Plaintiff must wait to make major life decisions until his legal permanent

13 |           residence petition is resolved, thus causing him undue stress and anxiety.

14 | 30.    Defendants, in violation of 28 U.S.C § 1361, have failed to complete the processing of

15 | Plaintiff's I-485, a duty delegated to them by law.

16 | 31.    Defendants, in violation of the Administrative Procedures Act at 5 U.S.C. § 706(1), are

17 | unlawfully withholding action on Plaintiff's application, and have unreasonably delayed action

18 | on Plaintiff's case.

19 | 32.    Defendants, in violation of the Administrative Procedures Act at 5 U.S.C. § 555(b), are

20 | unlawfully delaying action on Plaintiff's application and have failed to complete the adjudicative

21 | functions delegated to them by law within a reasonable time.

22 |                            **PRAYER**

23 | 33.    WHEREFORE, in view of the arguments and authority noted herein, Plaintiff

24 | respectfully prays that the Defendants be cited to appear herein and that, upon due consideration,

25 | the Court enter an order:

26 |        (a) requiring USCIS to complete adjudication of Plaintiff's I-485 Application within 60

27 |            days of receiving the Court's Order;

28 |        (b) awarding reasonable attorney's fees pursuant to the Equal Access to Justice Act; and

Case No.                                5
Complaint

1       (c) granting such other relief at law and in equity as justice may require.

2

3

4   Dated: October 23, 2007                 Respectfully Submitted,

5

6

7                                       Justin Fok, CA Bar: 242272

                                    Attorney for Plaintiff

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No.
Complaint                                6

1

2

**EXHIBIT LIST**

3   **Exhibit 1:**    Plaintiff's receipt notice for I-485 and I-130 dated April 4, 2005.

4   **Exhibit 2:**    Fingerprint notice dated April 28, 2005.

5   **Exhibit 3:**    Interview notice and notice of Continuance dated August 9, 2005.

6   **Exhibit 4:**    FOIPA Request dated August 17, 1005 and response dated September 28, 2005.

7   **Exhibit 5:**    Response letter from USCIS dated March 14, 2006.

8   **Exhibit 6:**    Plaintiff's e-mail to FBI dated July 27, 2006.

9   **Exhibit 7:**    Response letter from USCIS dated August 3, 2006.

10  **Exhibit 8:**    Correspondence with Senator Dianne Feinstein dated September 7, 2006 and

11                          response dated April 20, 2007.

12  **Exhibit 9:**    Infopass Appointment Notice dated February 5, 2007.

13  **Exhibit 10:**   Correspondence with Senator Barbara Boxer dated June 8, 2007.

14  **Exhibit 11:**   Correspondence with Congressman Pete Stark dated June 12, 2007.

15  **Exhibit 12:**   Correspondence with USCIS Ombudsman dated June 24, 2007 and responses

16                          dated July 26, 2007 and October 2, 2007.

17  **Exhibit 13:**   Response letter from USCIS dated September 25, 2007.

18  **Exhibit 14:**   Correspondence with First Lady Laura Bush dated July 1, 2007.

19  **Exhibit 15:**   Case Status Search dated October 10, 2007

20  **Exhibit 16:**   USCIS San Francisco Office Processing Dates posted October 15, 2007.

21

22

23

24

25

26

27

28

Case No.
Complaint

7

# THE UNITED STATES OF AMERICA

| Receipt Number: | | Case Type: | |
| --- | --- | --- | --- |
| MSC-05-188-14409 | | I-485 - Application to Register Permanent Residence or Adjust Status | |

| Received Date: April 04, 2005 | Priority Date: | Applicant: | A099289083 SHAH, MEHUL |
| --- | --- | --- | --- |

| Notice Date: April 08, 2005 | Page 1 OF 1 | ASC Code: | 3 |
| --- | --- | --- | --- |

KEVIN MINER
ATLANTA GA 30308

Notice Type:      Receipt Notice

Amount Received:      $385.00

The above application has been received. **Please notify us immediately if any of the above information is incorrect.** If you find it necessary to contact this office in writing, you must include a copy of this receipt notice with your inquiry.

## FINGERPRINTING AND BIOMETRICS-

The next step is to have your fingerprints and biometrics taken at a BCIS Application Support Center (ASC).

Call our National Customer Service Center (NCSC) at **1-800-375-5283** to schedule your appointment. For TDD hearing impaired assistance, please call **1-800-767-1833**.

It is important that you schedule your appointment. If you do not schedule or appear for your appointment, it could cause your application to be denied. If you need to reschedule your appointment, please call the NCSC at **1-800-375-5283**.

## WHAT TO BRING TO Your appointment -

Please bring this letter and your photo identification to your appointment. Acceptable kinds of photo identification are:
- a passport or national photo identification issued by your country,
- a driver's license,
- a military photo identification, or
- a state-issued photo identification card.

**If you do not bring this letter and photo identification, we cannot process you.**
**Please bring a copy of all receipt notices received from BCIS in relation to your current application for benefits.**

## CASE STATUS -

Information about your local office processing times may be obtained by calling the NCSC at 1-800-375-5283.

If you have Internet access, you can visit the Bureau of Citizenship and Immigration Services website at  www.BCIS.gov  where you can find valuable information about forms, filing instructions, and immigration services and benefits.

U.S BUREAU OF CITIZENSHIP AND IMMIGRATION SERVICES
P.O. Box 648005
Lee's Summit, MO 64064
National Customer Service Center: 1-800-375-5283

Exhibit 1  page 9
5083822      0002085026

Department of Homeland Security
U.S. Citizenship and Immigration Ser.

Case 3:07-cv-05499-MHP    Document 1    Filed 10/29/2007    Page 9 of 46

**I-797C, Notice of Action**

## THE UNITED STATES OF AMERICA

| Receipt Number: | | Case Type: | |
|---|---|---|---|
| MSC-05-188-14411 | | I-130 - Petition for Alien Relative | |

| Received Date: | Priority Date: | Petitioner: A045790183 |
|---|---|---|
| April 04, 2005 | | SHAH, NEHA |

| Notice Date: | Page    1 OF 1 | Beneficiary: A130661366 |
|---|---|---|
| April 08, 2005 | | SHAH, MEHUL |

KEVIN MINER
~~███████~~
ATLANTA GA 30308

| Notice Type: | Receipt Notice |
|---|---|
| Amount Received: | $185.00 |

The above application/petition has been received. **Please notify us immediately if any of the above information is incorrect.** Information about your local office processing times may be obtained by calling the NCSC at 1-800-375-5283. If you find it necessary to contact this office in writing, you must include a copy of this receipt notice with your inquiry.

If you have questions, you may call the BCIS National Customer Service Center at 1-800-375-5283. For TDD hearing impaired assistance, please call 1-800-767-1833.

If you have Internet access, you can visit the Bureau of Citizenship and Immigration Services website at www.BCIS.gov where you can find valuable information about forms, filing instructions, and immigration services and benefits.

U.S BUREAU OF CITIZENSHIP AND IMMIGRATION SERVICES
P.O. Box 648005
Lee's Summit, MO 64064
National Customer Service Center: 1-800-375-5283

Exhibit 1 Page 10



5083822    0002085026

# THE UNITED STATES OF AMERICA

| | |
|---|---|
| Receipt Number:<br><br>MSC-05-188-14409 | Case Type:<br><br>I-485 - Application to Register Permanent Residence or Adjust Status |
| Received Date:<br>April 04, 2005 | Priority Date: | Applicant:    A099289083<br>SHAH, MEHUL |
| Notice Date:<br>April 08, 2005 | Page        1 OF 1 | ASC Code:    3 |

| | |
|---|---|
| KEVIN MINER<br><br>ATLANTA GA 30308 | Notice Type:        Receipt Notice<br><br>Amount Received:        $385.00 |

The above application has been received. Please notify us immediately if any of the above information is incorrect. If you find it necessary to contact this office in writing, you must include a copy of this receipt notice with your inquiry.

## FINGERPRINTING AND BIOMETRICS-

The next step is to have your fingerprints and biometrics taken at a BCIS Application Support Center (ASC).

Call our National Customer Service Center (NCSC) at **1-800-375-5283** to schedule your appointment. For TDD hearing impaired assistance, please call **1-800-767-1833**.

It is important that you schedule your appointment. If you do not schedule or appear for your appointment, it could cause your application to be denied. If you need to reschedule your appointment, please call the NCSC at **1-800-375-5283**.

## WHAT TO BRING TO Your appointment -
Please bring this letter and your photo identification to your appointment. Acceptable kinds of photo identification are:
- a passport or national photo identification issued by your country,
- a driver's license,
- a military photo identification, or
- a state-issued photo identification card.

**If you do not bring this letter and photo identification, we cannot process you.**
**Please bring a copy of all receipt notices received from BCIS in relation to your current application for benefits.**

BIOMETRICS PROCESSING STAMP    XTE / SANJOSE
ASC SITE CODE
BIOMETRICS QA REVIEW BY:    APR 2 8 2005
ON
TENPRINTS QA REVIEW BY:    APR 2 8 2005
ON

## CASE STATUS -
Information about your local office processing times may be obtained by calling the NCSC at 1-800-375-5283.

If you have Internet access, you can visit the Bureau of Citizenship and Immigration Services website at  www.BCIS.gov  where you can find valuable information about forms, filing instructions, and immigration services and benefits.

U S BUREAU OF CITIZENSHIP AND IMMIGRATION SERVICES
P.O. Box 648005
Lee's Summit, MO  64064
National Customer Service Center: 1-800-375-5283

Exhibit  2  page  12

5083822        0002085026        Form I-797C (Rev. 11/08/02) N

Department of Homeland Security
U.S. Citizenship and Immigration Service

**I-797C, Notice of Action**

## THE UNITED STATES OF AMERICA

| REQUEST FOR APPLICANT TO APPEAR FOR INITIAL INTERVIEW | | | NOTICE DATE |
|---|---|---|---|
| CASE TYPE | | | June 09, 2005 |
| FORM I-485, APPLICATION TO REGISTER PERMANENT RESIDENCE OR ADJUST STATUS | | | A# |
| APPLICATION NUMBER | RECEIVED DATE | PRIORITY DATE | A 099 289 083 |
| MSC0518814409 | April 04, 2005 | April 04, 2005 | PAGE |
| APPLICANT NAME AND MAILING ADDRESS | | | 1 of 1 |

MEHUL SURESHCHANDRA SHAH

FREMONT CA 94538

PLEASE COME TO: U.S. Citizenship and Immigration Services
630 SANSOME ST
2ND FLOOR - ADJUSTMENT OF STATUS
SAN FRANCISCO CA 94111

8

**ON:** Tuesday, August 09, 2005
**AT:** 01:15 PM

You are hereby notified to appear for the interview appointment, as scheduled above, for the completion of your Application to Register Permanent Residence or Adjust Status (Form I-485). **Failure to appear may result in the denial of your application.**

### Who should come with you?

- If your eligibility is based on your marriage, your husband or wife must come with you to the interview.
- If you do not speak English fluently, you should bring an interpreter who is neither a relative nor an interested party in your application.
- Your attorney or authorized representative may come with you to the interview.

NOTE: Every adult who comes to the interview must bring Government-issued photo identification, such as a driver's license or ID card, in order to enter the building and to verify his/her identity at the time of the interview. You do not need to bring your children unless otherwise instructed. Please be on time, but do not arrive more than 45 minutes early. We may record or videotape your interview.

### What MUST you bring?

- Bring this Interview Notice.
- Bring your Government-issued photo identification.
- Bring all your Passports and any other documents, including your Arrival/Departure Document (Form I-94), used to enter the United States.
- Bring your Birth Certificate.
- Bring all documentation establishing your eligibility for Lawful Permanent Resident status (see below: "What else should you bring?").
- Bring all immigration-related documentation ever issued to you.
- Bring both originals and photocopies of all supporting documents. Otherwise, we may keep your originals for our records.
- Bring a certified English translation for each document not in English. The translator must certify that s/he is fluent in both languages, and that the translation in its entirety is complete and accurate.

### What else should you bring?

- Bring any Employment Authorization card or paper, and any Authorization for Advance Parole (Form I-512) ever issued to you.
- Bring your petitioner's Birth Certificate and your petitioner's evidence of United States Citizenship or Lawful Permanent Resident status.
- If you have children, bring a Birth Certificate for each of your children.
- If you are married, bring your Marriage Certificate.
- If your eligibility is based on your marriage, in addition to your spouse coming to the interview with you, bring:
  - Your spouse's Birth Certificate and your spouse's evidence of United States Citizenship or Lawful Permanent Resident status;
  - If either you or your spouse were ever married before, all divorce decrees/death certificates for each prior marriage/former spouse;
  - Birth Certificates for all children of this marriage, and custody papers for your children not living with you;
  - Supporting evidence of your relationship, such as joint financial statements, joint legal documents, joint insurance policies, and photos.
- If you have not already submitted it, bring a completed medical examination (Form I-693) and vaccination supplement in a sealed envelope.
- Bring your Federal Income Tax returns and W-2's, or certified IRS printouts, for the past 3 years.
- If you are employed, bring letters from each of your current employers on company stationery, verifying your current rate of pay and average weekly hours, and your pay stubs for the past 2 months.
- Bring completed Affidavit(s) of Support (Form I-864), with all required evidence, including the following for each of your sponsors:
  - Federal Income Tax returns and W-2's, or certified IRS printouts, for the past 3 years;
  - Letters from each current employer on company stationery, verifying current rate of pay and average weekly hours, and pay stubs for the past 2 months;
  - Evidence of United States Citizenship or Lawful Permanent Resident status.
- If you have ever been arrested, for each arrest, bring the related Police Report and the original or certified Final Court Disposition, even if the charges have been dismissed or expunged. If no court record is available, furnish a letter from the court with jurisdiction indicating this.

**PLEASE MAKE EVERY EFFORT TO KEEP YOUR APPOINTMENT**, even if you do not have all the listed items. If an emergency, such as the hospitalization of a close relative, prevents you from appearing, call the Citizenship and Immigration Services (CIS) customer service as soon as possible. Please be advised that rescheduling will delay processing, may require some steps to be repeated, and will affect your eligibility for other immigration benefits while this application is pending.

If you have questions, please call CIS customer service at 1-800-375-5283 (hearing impaired TDD service is 1-800-767-1833).

APPLICANT COPY

Exhibit 3
page 14



U.S. Department of Homeland Security
San Francisco, CA 94111



**U.S. Citizenship
and Immigration
Services**

MEHUL SHAH                    A99 289 083                         E-11(     )

████████████

FREMONT, CA 94538        ☒ HAND-DELIVERED to applicant            8/9/2005

**THIS LETTER IS IN REFERENCE TO YOUR APPLICATION FOR PERMANENT RESIDENCE.
YOUR CASE HAS BEEN CONTINUED FOR THE REASON(S) CHECKED BELOW.**
☐ Visa Availability    ☐ Fingerprints   ☒ Security Clearance(s)   ☐ A-file(s)   ☐ Further Review
☐ Documentation (listed below)        ☐ Other:

**IT IS REQUESTED THAT YOU SUBMIT THE FOLLOWING DOCUMENTS:**

YOU ARE ADVISED THAT YOU ARE GRANTED A PERIOD OF **NINETY (90)** DAYS FROM THE DATE
OF THIS LETTER TO SUBMIT THE REQUESTED DOCUMENTS.

FAILURE TO COMPLY WITH THIS REQUEST WILL BE DEEMED GROUNDS FOR **DENIAL** OF YOUR
APPLICATION FOR LACK OF PROSECUTION.

Sincerely,                              **PLEASE SEND REQUESTED DOCUMENTS
                                        WITH A COPY OF THIS LETTER TO:**

                                        Citizenship and Immigration Service
                                        630 Sansome Street, Room 300
David N. Still                          San Francisco, CA 94111
District Director                       ATTN: E11 /

cc:

Exhibit 3
page 15                          www.dhs.gov

# Exhibit 4

Exhibit 4
page 16

17th August 2005

To:
David M. Hardy, Chief
Record/Information Dissemination Section
Federal Bureau of Investigation
935 Pennsylvania Avenue, N.W.
Washington, D.C. 20535
Fax: (202) 324-3752

**Sub: PRIVACY ACT REQUEST**

Dear Mr. Hardy:
Under the Freedom of Information Act, 5 U.S.C. section 552 and the Privacy Act, 5 U.S.C. section 552a, please furnish me with copies of all records about me indexed to my name or my identifying information, maintained in the Central Records System (CRS).

To help identify information about me in your records systems and/or programs, I am providing the following identifying information:

Full Name: Mehul Sureshchandra Shah
Date of Birth: ███████████
Place of Birth: Mumbai, India
Social Security Number: ███████████
Current Address: ████████████████████████
Home Phone Number: 408-███████

If you have any questions about handling this request, you may phone me at 408-████ ████ (day or evenings). Please respond to: Mehul Shah, ████████████████, Fremont, CA 94538.

Sincerely,

Mehul Shah

Pursuant to 28 U.S.C. 1746, I certify under penalty of perjury that the foregoing is true and correct and that I am requesting release of my records to myself.

Executed on 17th August 2005.

Mehul Shah.

Exhibit 4
page 17



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

September 28, 2005

MR MEHUL SURESHCHANDRA SHAH

FREMONT, CA 94538

Request No.: 1029730- 000
Subject: SHAH, MEHUL SURESHCHANDRA

Dear Mr. Shah:

This is in response to your Freedom of Information-Privacy Acts (FOIPA) request noted above.

A search of the automated indices to our central records system files at FBI Headquarters located no records responsive to your FOIPA request.

Although no records responsive to your FOIPA request were located in our automated indices, we are required to inform you that you are entitled to file an administrative appeal if you so desire. Appeals should be directed in writing to the Co-Director, Office of Information and Privacy, U. S. Department of Justice, Suite 570, Flag Building, Washington, D. C. 20530, within 60 days from the date of this letter. The envelope and the letter should be clearly marked "Information Appeal." Please cite the FOIPA request number assigned to your request so that it may easily be identified.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division

Exhibit 4
page 18

# Exhibit 5

Exhibit 5
page 19

U.S. Department of Homeland Security
USCIS
630 Sansome Street
San Francisco, CA 94111



**U.S. Citizenship
and Immigration
Services**

Tuesday, March 14, 2006

MEHUL SHAH

▬▬▬▬▬▬▬

FREMONT CA 94536

Dear MEHUL SHAH:

On 03/14/2006 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | The applicant |
| **Attorney Name:** | Information not available |
| **Case type:** | I485 |
| **Filing date:** | 04/04/2005 |
| **Receipt #:** | |
| **Beneficiary (if you filed for someone else):** | SHAH, MEHUL |
| **Your USCIS Account Number (A-number):** | A099289083 |
| **Type of service requested:** | Case Status - Outside Processing Time |
| | Change of Address |

The status of this service request is:

The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required investigation into your background remains open.

Until the background investigation is completed, we cannot move forward on your case. These background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the background checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

Recently, you called us to update your address. We have updated your address in our systems and on your application or petition. Thank you for notifying us of your change of address. If you change your address again in the future, please contact customer service at the number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

One final note: When you called you or your representative asked that we update your address on your pending case for the purpose of processing. We have updated your address. Your address now appears on your application or petition as the address shown above.

U.S. CIS - 03-14-2006 05:31 PM EST

Exhibit 5
page 20

# Exhibit 6

Exhibit 6
page 21

**From:** Mehul Shah (████@shahs.us)
**To:** fbinncp@ic.fbi.gov
**Date:** Thursday, July 27, 2006 3:16:24 PM
**Subject:** FBI name check inquiry

Hi,

My wife is a US citizen and she has applied for
permanent residency for me. My adjustment of status
application is currently awaiting "security
clearance".

Here are my details:
Name: Mehul Sureshchandra Shah
Date of birth: ████
Alien registration number: A099 289 083
Social security: ████

Have you received a name check request from USCIS ? If
so, when was it received and when was it responded to.

Please send the results of the name check to
████@shahs.us

I appreciate your help,
Mehul

---

Do You Yahoo!?
Tired of spam?  Yahoo! Mail has the best spam protection around
http://mail.yahoo.com

Exhibit 6
page 22

10/10/2007 4:13 PM



**U.S. Department of Homeland Security**
USCIS
630 Sansome Street
San Francisco,CA 94111

## U.S. Citizenship and Immigration Services

Thursday, August 3, 2006

MEHUL SHAH



FREMONT CA 94536

Dear MEHUL SHAH:

On 07/28/2006 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | The applicant |
| **Attorney Name:** | Information not available |
| **Case type:** | I485 |
| **Filing date:** | 04/04/2005 |
| **Receipt #:** | |
| **Beneficiary (if you filed for someone else):** | SHAH, MEHUL |
| **Your USCIS Account Number (A-number):** | A099289083 |
| **Type of service requested:** | Case Status - Outside Processing Time |
| | Change of Address |

The status of this service request is:

Based on your request we researched the status of this case. We are actively processing this case. However, we have to perform additional review on this case and this has caused a longer processing time. If you do not receive a decision or other notice of action from us within 6 months of this letter, please call customer service at the number provided below.The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required investigation into your background remains open.

Until the background investigation is completed, we cannot move forward on your case. These background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the background checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

One final note: When you called you or your representative asked that we update your address on your pending case for the purpose of processing. We have updated your address. Your address now appears on your application or petition as the address shown above.

Exhibit 7

page 24

# Exhibit 8

Exhibit 8

page 25

September 7th 2006

Senator Dianne Feinstein
1 Post Street, Suite 2450
San Francisco. California 94104
415-393-0707

Sub: Assistance request with immigration case

Dear Madam,

My wife Neha Mukeshkumar Shah (US Citizen) has applied for my permanent residence in March 2005. My permanent residence application is awaiting security clearance and is outside the normal processing times.

My finger printing was done in April 2005 and an in person interview took place in Aug 2005 where I was told that our case was awaiting security clearance. I have attempted to contact the immigration authorities on numerous occasions to request case status. I have also requested a "Freedom of Information-Privacy Acts (FOIPA)" that resulted in no records for my name. It has been over a year and a half since my case has been pending.

I do not have access to other means or resources to understand the processing delays in my case and would like to request Senator Dianne Feinstein to help us expedite our case with the immigration authorities.

Name of beneficiary: Mehul Sureshchandra Shah
Birthdate: ▮▮▮▮▮▮▮▮
Place of birth: Mumbai, India
I-485 case number: MSC-05-188-14409
Applicant (A#): A099289083

Sincerely,
Mehul Shah
▮▮▮▮▮▮▮▮
Fremont, CA 94536
(408)-666-3476
▮▮▮▮▮@gmail.com

Enclosures:
Letter dated Aug 3rd 2006 from USCIS regarding case status
Letter dated Sep 28th 2005 from US Department of Justice regarding FOIPA
Letter dated Aug 8th 2005 from USCIS after 485 interview
Copies of I-485 and I-130
Certificate of Naturalization of Neha Shah (spouse)

Exhibit 8

page 26

P:_____
      (For Senator Feinstein Staff Use Only)

### ASSISTANCE REQUEST

**PLEASE CLEARLY TYPE OR PRINT.**

Name: __Mehul Sureshchandra Shah__ Date: __09/07/2006__
Street Address: _____ Apt. #: _____
City: __Fremont__ State: __CA__ Zip Code: __94536__
Home Phone:(_408_) _____ Work Phone: (____) _____
E-mail Address: _____ @gmail.com.
**Attention Attorneys: You must attach a copy of the G-28.

## SECTION I: (To be completed by all constituents.)

A. Name of the Petitioner: __Neha Mukeshkumar Shah__
   Name of the Beneficiary: __Mehul Sureshchandra Shah__
   Date of Birth: _____ Country of Birth: __INDIA__ .

   Alien Registration # (Green Card ) of Petitioner:  A _____
   Alien Registration # (Green Card ) of Beneficiary: A __099 289 083__
   Receipt # (usually begins with "WAC"): __MSC 0518814409__

B. FORM(S) FILED: [Please mark an 'X' next to the forms you have already filed.]

   ___G-639   ___I-129F   ___I-140   ___I-600   _X_ I-765        ___N-526   ___N-643

   ___I-90   _X_ I-130   _X_ I-485   ___I-600A   ___I-824        ___N-565

   ___I-129   _X_ I-131   ___I-539   ___I-751   ___N-400        ___N-600

C. INS OFFICE WHERE FORM WAS FILED (Please circle the appropriate city):

   (San Francisco)   San Jose   Fresno   Sacramento   Los Angeles   Laguna Niguel   San Diego

## LOCATION OF CASE

☞   If your case is currently at the **National Visa Center**, please go to **Section 2**.

☞   If your case is currently at an **American Consulate** or **Embassy**, please go to **Section 3**.

☞   If neither applies, please skip to **Section 4**.

Exhibit 8
page 27

**SECTION 2:** Please complete this section if your case is currently at the **NATIONAL VISA CENTER**)

If your case is currently at the National Visa Center in Portsmouth, New Hampshire please complete the following, otherwise skip to Section III.  Please refer to the letter you received from the National Visa Center:

Case Number (or Receipt Number):_____
PA Name:_____    Preference Category:_____
Your Priority Date:_____    Foreign State Charge ability:_____

PLEASE ATTACH THE MOST RECENT CORRESPONDENCE FROM THE NATIONAL VISA CENTER OR 'NOTICE OF ACTION' FROM THE INS

**Please skip to Section 4.**

**SECTION 3:** (To be completed if your case is currently at an **AMERICAN CONSULATE** or **EMBASSY**)

Case Number:_____
American Embassy or Consulate where the File is Currently:
City:_____ Country: _____

On a separate sheet of paper please describe briefly what problems you are experiencing and how Senator Feinstein can assist you.

ATTACH A COPY OF THE MOST RECENT CORRESPONDENCE FROM THE NATIONAL VISA CENTER (unless you filed for a 'Fiancé(e) Visa', then provide a copy of the approval notice from the INS)

**Please proceed to Section 4.**

**SECTION 4:** (To be completed by **all constituents**.)

❑    Mail this form to the address indicated below.
❑    Include a copy of the most recent correspondence received from the INS, National Visa Center, American Embassy, and/or American Consulate.
❑    Include the most recent copy of the '**Notice of Action**' received from the INS.
❑    I authorize United States Senator Dianne Feinstein to make an inquiry on my behalf.

Signature: _____    Date: _09/07/2 006_.

**Senator Dianne Feinstein**
**1 Post Street, Suite 2450**
**San Francisco. California 94104**
**415-393-0707**

Exhibit 8

page 28

DIANNE FEINSTEIN
CALIFORNIA

COMMITTEE ON APPROPRIATIONS
COMMITTEE ON THE JUDICIARY
COMMITTEE ON RULES AND
ADMINISTRATION—CHAIRMAN
SELECT COMMITTEE ON INTELLIGENCE

# United States Senate

WASHINGTON, DC 20510–0504

http://feinstein.senate.gov

April 20, 2007

Mehul Sureshchandra Shah

Fremont, California 94536

Dear Mehul:

The Federal Bureau of Investigation has told me that your name check has been pending since 4/22/05. The FBI requests that our office wait ninety days before making a follow up inquiry.

I hope that this information is helpful and that it will clarify the situation for you. If you have further questions, or if there is any way the Senator's office can help you in the future on other federal matters, I hope you will contact us again.

Sincerely,

Morgan Galli
Constituent Services Representative

FRESNO OFFICE:
2500 TULARE STREET
SUITE 4290
FRESNO, CA 93721
(559) 485-7430

LOS ANGELES OFFICE:
11111 SANTA MONICA BOULEVARD
SUITE 915
LOS ANGELES, CA 90025
(310) 914-7300

SAN DIEGO OFFICE:
750 B STREET
SUITE 1030
SAN DIEGO, CA 92101
(619) 231-9712

SAN FRANCISCO OFFICE:
ONE POST STREET
SUITE 2450
SAN FRANCISCO, CA 94104
(415) 393-0707

Exhibit 8
page 29

# Exhibit 9

Exhibit 9

page 30

https://infopass.uscis.gov/infopass.php?PHPSESSID=bf10bbf793a42...



**Name:** **Mehul Sureshchandra Shah**

**Appointment Type:** Speak to immigration officer

**Confirmation No.:** SFR-07-3660

**Authentication Code:** 17869

**Appointment Date:** **February 5, 2007**

**Appointment Time:** **8:30 AM**

**Location:** 444 WASHINGTON STREET, San Francisco, CA 94111; LOBBY

## This is your Confirmation Number:



# If you wish to cancel this appointment, you will need the following Personal Identification Number:
## *75497*

Please be on time. Failure to show up on time will result in the cancellation of your appointment. You will then need to reschedule your appointment. You will not be admitted more than 15 minutes before your scheduled appointment time.

- You must appear in person and bring photo identification along with this appointment letter.
- Acceptable forms of identification are any of the following: Government issued identification, passport, valid driver's license, I-94, Work Authorization Card, or Permanent Resident Card. (Green Card)
- In order to serve you more efficiently, we require you to bring all applicable immigration forms, letters, receipts, translations and originals of supporting documents.
- NOTE: Cell phones that have camera features are not permitted in the building. Food and drinks are not permitted in the waiting room. In order to facilitate easy and swift entrance, you are advised to keep handbags and metal objects to a minimum by leave such items at home or with persons who will remain outside the building.

Exhibit 9

Page 31

1

1/31/2007 11:20 AM

# Exhibit 10

Exhibit 10
page 32

COMMITTEES:
COMMERCE, SCIENCE,
AND TRANSPORTATION

ENVIRONMENT
AND PUBLIC WORKS

FOREIGN RELATIONS

# United States Senate

HART SENATE OFFICE BUILDING
SUITE 112
WASHINGTON, DC 20510–0505
(202) 224–3553
http://boxer.senate.gov/contact

June 8, 2007

Mr. Mehul Shah
▇▇▇▇▇▇▇▇▇▇▇▇
Fremont, California 94536

Dear Mr. Shah:

Enclosed, please find the correspondence I received from the Federal Bureau of Investigation regarding an inquiry that was made on your behalf.

I hope that this information is of assistance.  Thank you for allowing me to address your concerns.

Sincerely,

*Barbara Boxer*

Barbara Boxer
United States Senator

BB: lcm

1700 MONTGOMERY STREET
SUITE 240
SAN FRANCISCO, CA  94111
(415) 403–0100

312 NORTH SPRING STREET
SUITE 1748
LOS ANGELES, CA 90012
(213) 894–5000

501 'I' STREET
SUITE 7–600
SACRAMENTO, CA 95814
(916) 448–2787

2500 TULARE STREET
SUITE 5290
FRESNO, CA 93721
(559) 497–5109

600 'B' STREET
SUITE 2240
SAN DIEGO, CA 92101
(619) 239–3884

201 NORTH 'E' STREET
SUITE 210
SAN BERNARDINO, CA 92401
(909) 888–8525

PRINTED ON RECYCLED PAPER

Exhibit 10    page 33

## Macias, Lucia (Boxer)

From:
Sent:     Friday, June 08, 2007 3:26 AM
To:       Macias, Lucia (Boxer)
Subject:  Name Check Status

Dear Ms. Macias:

I am responding to your facsimile inquiry dated March 28, 2007, concerning the name check status of Mr. Mehul Shah for immigration purposes.

A review of the Federal Bureau of Investigation's (FBI's) Name Check Program database concerning this individual revealed that a request, under the name of Mehul Sureshchandra Shah, was received from the United States Citizenship and Immigration Services (USCIS) on April 22, 2005, and is currently in process.

The FBI processes millions of name check requests each year with each requiring thoughtful consideration. We know how important this information is to your constituent; however, the FBI must also balance the need for national security in preparing the response to each of these requests. The FBI's homeland security mission requires that our name check process be primarily focused on an accurate and thorough result. While an exact date for completion of this review cannot be given, your constituent may be assured that the results will be made available to the immigration authorities as quickly as possible.

I trust this information will assist you in responding to your constituent.

Sincerely,

Michael A. Cannon
Section Chief
National Name Check Program Section
Records Management Division
Federal Bureau of Investigation

Exhibit 10
page 34

# Exhibit 11

Exhibit 11
page 35

**FORTNEY PETE STARK**
13TH DISTRICT, CALIFORNIA

COMMITTEE ON
WAYS AND MEANS

JOINT COMMITTEE
ON TAXATION

WWW.HOUSE.GOV/STARK

239 CANNON HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
(202) 225–5065

39300 CIVIC CENTER DRIVE, SUITE 220
FREMONT, CA 94538
(510) 494–1388

PETEMAIL@MAIL.HOUSE.GOV

# CONGRESS OF THE UNITED STATES
## HOUSE OF REPRESENTATIVES
### WASHINGTON, DC 20515

June 12, 2007

Mehul Sureshchandra Shah
████████████
Fremont, CA 94536

Dear Mr. Shah:                    Ref: MSC0518 14409

In reply to my inquiry on your behalf, the Federal Bureau of Investigation has informed me that your case is pending resolution of the background check. A final decision cannot be made on any application until all national security checks are complete. Various authorities in Washington DC are involved and there is no estimated processing time for completion of this action.

I understand that this may be discouraging, but processing cannot resume until all security clearances have been resolved. If you have not received correspondence from the FBI by October, please contact my district office and I will make a follow-up inquiry.

Sincerely,

*Pete Stark*

Pete Stark
Member of Congress

FHS/

Exhibit 11
page 36

# Exhibit 12

Exhibit 12
page 37

24th June 2007

To,
Citizenship and Immigration Services Ombudsman
ATTN:  Case Problems
United States Department of Homeland Security
Mail Stop 1225
Washington, D.C. 20528-1225

      Sub: Request help with pending Adjustment of Status case with USCIS

Dear Sir,

    My US citizen wife has applied for my green card which is pending adjustment of status. I had applied for I-130/I-485 in April 2005, and since then had an interview in August 2005. I have been told that my application is awaiting security clearance. It has been well beyond normal processing time for this application with over two years since we applied for the green card.

    We have made numerous attempts to get information about our case and help to get it expedited. I have made an Infopass appointment to request case information, but was told that they have a backlog that is causing delays. I have sent emails to FBI name check program on numerous ocassions asking for name check status, without getting any response. I have requested a FOIA  (Freedom of Information Act) check on my file with FBI which resulted in a "No Records" response. I have contacted the USCIS customer support line on several ocassions but have not got any favorable response. I have contacted Senator Diane Feinstein's office and they said that my name check is pending with the FBI.

    The delay in our case processing is causing us numerous personal and professional pain. We need to periodically re-apply for EAD cards and Parole documents which is causing us additional financial burden as well as requires us to take time off from work for purposes of finger printing and biometrics. It has also affected our family life since it restricts the number of times I can visit my ailing parents in India. It has also been restricting my growth professionally as I have been unable to take work assignments that involve international travel. I have been living in United States since August 1999 as a student and then on a work visa.

    We request your help to get us status information for our case and help us resolve it.

Here are my case details:

Name: Mehul Sureshchandra Shah

Address: ██████████████Fremont, CA 94536

Date of birth: ██████████████

Country of birth: India

Country of citizenship: India

Application (I-485) receipt number: MSC0518814409

Exhibit  12
page 38

Application (I-130) receipt number: MSC0518814411

A number: 099-289-083

USCIS office: San Francisco

Filing date: April 8th 2005

Pursuant to 5 U.S.C. Section 552a(b), I authorize U.S. Citizenship and Immigration Services and CIS Ombudsman to release any and all information relating to me to: Mehul Shah. I declare under the penalty of perjury that the foregoing is true and correct.

_Mehul Shah_  24th June 2007

I certify, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct, and that I am the subject of the inquiry and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under the false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000. Further, pursuant to 5 U.S.C. Section 522a(b), I authorize U.S. Citizenship and Immigration Services and CIS Ombudsman to  release any and all information relating to me to : Mehul Shah.

_Mehul Shah_  24th June 2007
Mehul Shah
█████████████████
Fremont, CA 94536.

████@yahoo.com
(408)-█████

Exhibit 12

  6/24/07 9:18 PM

*Office of the*
*Citizenship and Immigration Services Ombudsman*

**U.S. Department of Homeland Security**
Mail Stop 1225
Washington, D.C. 20528-1225



# Homeland
# Security

July 26, 2007

Mr. Mehul Sureshchandra Shah

Fremont, CA 94536

Dear Mr. Shah:

Thank you for your recent inquiry regarding your immigration issue.

Upon receipt of your information, the office of the Citizenship and Immigration Services Ombudsman (CIS Ombudsman) initiated a formal inquiry with the U.S. Citizenship and Immigration Services (USCIS). USCIS should issue a response to you within forty-five (45) days. If you do not receive a response within this period, please notify our office.

Please be aware that although the office of the CIS Ombudsman collaborates with USCIS, it is an independent entity within the Department of Homeland Security (DHS). The office of the CIS Ombudsman is charged with assisting individuals who experience difficulties with the USCIS benefits process. Additionally, the office of the CIS Ombudsman is dedicated to identifying systemic problems in the immigration benefits process, and to recommending solutions to USCIS. Therefore, the concerns you raised in your letter will be considered as our office develops recommendations to improve USCIS' administrative practices.

Once again, thank you for contacting the office of the CIS Ombudsman, and for giving us the opportunity to serve you.

Sincerely,

Prakash Khatri
Ombudsman

PIK/bh

Exhibit 12
page 40

Email: cisombudsman@dhs.gov          Web: http://www.dhs.gov/cisombudsman

U.S. Department of Homeland Security
Washington, DC 20529



**U.S. Citizenship
and Immigration
Services**

HQCIS 181/48.2-C

Mr. Mehul S. Shah

Fremont, CA 94536                                                    OCT 0 2 2007

Dear Mr. Shah:

Thank you for your letter dated June 24, 2007, to the U.S. Citizenship and Immigration Services Ombudsman (CISO). Your letter concerning your immigration status was assigned case # 697106 and forwarded to the Customer Assistance Office for a response.

Mr. Shah, we apologize for the delayed response to your letter. We have researched your case to determine the status of your I-485, Application to Register Permanent Residence or Adjust Status case. Our records reflect that the processing of your case has been delayed because the required investigation into your background remains open. Until the background investigation is completed, we cannot move forward on your case.

Please understand that these background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. Attached, you will find two enclosures with detailed information regarding why the process exists, how it works, as well as the circumstances when the process can be expedited.

While an exact date for completion of your background check cannot be given at this time, we will make every effort to make a decision on this case as soon as the background checks are complete.

We appreciate your continued patience. If you need additional assistance and/or filing instructions, we invite you to contact the USCIS National Customer Service Center at 1-800-375-5283 or visit our web site at www.uscis.gov.

We trust that this information is helpful.

Sincerely,

Christine Gooding, Supervisor
Customer Assistance Office
U.S. Citizenship and Immigration Services
U.S. Department of Homeland Security

Exhibit 12

page 41

# Exhibit 13

Exhibit 13
page 42

U.S. Department of Homeland Security
USCIS
630 Sansome Street
San Francisco, CA 94111



**U.S. Citizenship
and Immigration
Services**

Tuesday, September 25, 2007

MEHUL SHAH

FREMONT CA 94536

Dear Mehul Shah:

On 09/21/2007 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | Applicant or Petitioner |
| **Attorney Name:** | Information not available |
| **Case type:** | I485 |
| **Filing date:** | 04/08/2005 |
| **Receipt #:** | MSC-05-188-14409 |
| **Beneficiary (if you filed for someone else):** | Information not available |
| **Your USCIS Account Number (A-number):** | Information not available |
| **Type of service requested:** | Outside Normal Processing Times |

The status of this service request is:

The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required investigation into your background remains open.

Until the background investigation is completed, we cannot move forward on your case. These background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the background checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

Exhibit 13
page 43

# Exhibit 14

Exhibit 14

page 44

July 1st 2007

First Lady, Mrs. Bush,
The White House
1600 Pennsylvania Avenue NW
Washington, DC 20500

Sub: Assistance request with immigration case

Respected First Lady,

My wife is a US Citizen and has applied for my green card based on our marriage. Our case has been pending since March 2005, over 2 years now while normal processing times are under 6 months. We were told that our case is awaiting "security clearance" (fbi name check clearance). USCIS is currently processing cases filed in december 2006, so our case should have been already adjusted since it was filed much earlier.

We have made numerous attempts to learn about what is causing the delay. We have contacted USCIS several times, including taking infopass appointments and meeting them in person, as well as calling them on phone. We requested a FOIA (Freedom of Information Act) request with the FBI to check if they had any records on us but that came back with a "no records" indicating that they have no records on my name. We tried contacting senator Diane Feinstein's office in Oct 2006, to request their assistance, we were told that our case is awaiting security clearance.

We have run out of options, and we are sending this plea to you seeking your help as a last resort. My wife and me are both law abiding professionals, my wife is a financial analyst and I am a software engineer, we have been married over 2.5 years and have known each other for over 4 years. I have been living in United States since August 1999.

The delay in our case processing is causing us numerous personal and professional pain. We need to periodically re-apply for EAD cards and Parole documents which is causing us additional financial burden as well as requires us to take time off from work for purposes of finger printing and biometrics. It has also affected our family life since it restricts the number of times I can visit my ailing parents in India. It has also been restricting my growth professionally as I have been unable to take work assignments that involve international travel.

Here are some details about our case:

I-485 beneficiary: Mehul Sureshchandra Shah

Date of birth: █████████

I-485 Receipt number: MSC0518814409

I-130 Receipt number: MSC0518814411

Alien registration number: 099-289-083

SSN: █████████

Date applied for I-130 and I-485: March 25th 2005

Date interviewed for I-485: Aug 9th 2005

Exhibit 14
page 45

6/24/07 10:03 PM

First lady letter

Home address: _____, Fremont CA 94536

Phone: (408)-_____

We do not have access to other means or resources to understand the processing delays in our case; we would like you to help us resolve our case with the immigration authorities.

Thank you for your help and support.

Sincerely,

Mehul Shah
(408)-_____
Fremont, CA 94536
_____@yahoo.com

Exhibit 14
page 46



Fremont, CA 94536

First Lady, Mrs. Bush,
The White House
1600 Pennsylvania Avenue NW
Washington, DC 20500

Exhibit 14
page

# Exhibit 15

Exhibit 15
page 48

# Case Status Search

Receipt Number:   MSC0518814409

Application Type:   I485, APPLICATION TO REGISTER PERMANENT RESIDENCE OR TO ADJUST STATUS

Current Status:
Fingerprints review completed.

Review of the fingerprints taken relating to this I485 APPLICATION TO REGISTER PERMANENT RESIDENCE OR TO ADJUST STATUS has been completed. Processing of this case continues. We will notify you by mail when we make a decision or if we need something from you. If you move while this case is pending, call customer service. We process cases in the order we receive them. You can use our processing dates to estimate when yours will be done. This case is at our NATIONAL BENEFITS CENTER location. Follow the link below to check processing dates. You can also receive automatic e-mail updates as we process your case. Just follow the link below to register.

––––––––––––––––––––––––

If you have a question about case status information provided via this site, or if you have not received a decision from USCIS within the current processing time listed, please contact the USCIS Customer Service at (800) 375   5283 or 1-800-767-1833 (TTY).

Exhibit  15
page  49

One additional point about these projections.  They are the time to complete processing and mail the actual notice and/or document.  If you check case status online and see that your case has been approved, and you haven't yet received your approval notice or document in the mail, we ask that you wait thirty days from the approval date before contacting us.  That is because it may take that long before it is returned to us as undeliverable.  You can also print the case status online answer for your records.

District Office Processing Dates for **San Francisco CA** Posted October 15, 2007

| Form | Form Name | Processing Timeframe: |
|------|-----------|----------------------|
| I-131 | Application for Travel Documents | 3 Months |
| I-485 | Application to Register Permanent Residence or Adjust Status | 6 Months |
| I-600 | Petition to Classify Orphan as an Immediate Relative | June 06, 2007 |
| I-600A | Application for Advance Processing of Orphan Petition | June 06, 2007 |
| I-765 | Application for Employment Authorization | 11 Weeks |
| N-400 | Application for Naturalization | 7 Months |
| N-600 | Application for Certification of Citizenship | June 24, 2007 |

[ Print This Page ]   [ Back ]

**10-17-2007 03:46 PM EDT**

Home   Contact Us   Privacy Policy   Website Policies   NoFEAR   Freedom Of Information Act   FirstGov

U.S. Department of Homeland Security

Exhibit 16
page 53

10/17/2007