1  Justin Fok, Esq., CA Bar#242272
   Law Offices of Jean D. Chen
2  2107 N. 1st Street, Suite 400
   San Jose, CA 95131
3  Telephone: (408) 437-1788
4  Facsimile:  (408) 437-9788
   Email: jfok@jclawoffice.com
5

6  Attorney for Plaintiff
   Mehul Shah
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10
   Mehul Shah                          )  Case No. C 07-5499 MHP
11                                      )
                                        )
12             Plaintiff,               )
                                        )
13        v.                            )
                                        )
14  **Michael Chertoff**, Secretary of the   )  **PLAINTIFF'S NOTICE OF VOLUNTARY**
    Department of Homeland Security;    )  **DISMISSAL PURSUANT TO FEDERAL**
15  **Emilio T. Gonzalez**, Director of United States )  **RULE OF CIVIL PROCEDURE 41(a)(1)**
    Citizenship and Immigration Services,   )
16                                      )
                                        )
17                                      )
             Defendants.                )
18                                      )
                                        )
19                                      )
                                        )
20                                      )
                                        )
21                                      )
                                        )
22

23        Plaintiff, by and through his attorney of record, voluntarily dismisses the above-entitled

24  action in light of the fact that the United States Citizenship and Immigration Services has granted

25  Plaintiff's I-485 *Application to Register Permanent Residence or Adjust Status*.

26  ///

27  ///

28  ///

Case No. C 07-5499 MHP                        1
Notice of Voluntary Dismissal

1    DATED: November 19, 2007                    Respectfully Submitted,

2

3                                                _____/s/_____
                                                 Justin Fok, CA Bar: 242272
4                                                Attorney for Plaintiff

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C 07-5499 MHP                    2
Notice of Voluntary Dismissal