Justin Fok, Esq., CA Bar#242272
Law Offices of Jean D. Chen
2107 N. 1st Street, Suite 400
San Jose, CA 95131
Telephone: (408) 437-1788
Facsimile:  (408) 437-9788
Email: jfok@jclawoffice.com

Attorney for Plaintiff
Mehul Shah

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mehul Shah,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**Michael Chertoff**, Secretary of the Department of Homeland Security;<br>**Emilio T. Gonzalez**, Director of United States Citizenship and Immigration Services,<br><br>　　　　Defendants. | Case No. C 07-5499 MHP<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1) AND ORDER** |

Plaintiff, by and through his attorney of record, voluntarily dismisses the above-entitled action in light of the fact that the United States Citizenship and Immigration Services has granted Plaintiff's I-485 *Application to Register Permanent Residence or Adjust Status*.

*///*

*///*

*///*

Case No. C 07-5499 MHP                              1
Notice of Voluntary Dismissal

1  DATED: November 19, 2007                    Respectfully Submitted,

_____/s/_____
Justin Fok, CA Bar: 242272
Attorney for Plaintiff

11/20/2007

IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

Case No. C 07-5499 MHP                    2
Notice of Voluntary Dismissal